NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APPLE INC.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Cross-Appellant*

_____

2024-1607, 2024-1609, 2024-1675, 2024-1676

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01248 and IPR2022-01249.

-------------------------------------------------

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

_____

2024-1608, 2024-1610

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01248 and IPR2022-01249.

———————————

**ON MOTION**

———————————

**O R D E R**

Samsung Electronics Co., Ltd. moves unopposed to deconsolidate and dismiss its appeals, Appeal Nos. 2024-1608 and 2024-1610, with each party to bear its own costs. Samsung also states that it does not wish to participate as an appellee in Smart Mobile Technologies LLC's cross-appeals and requests to be removed from the caption. Apple Inc. also moves unopposed for a 14-day extension of time, until September 4, 2024, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal Nos. 2024-1608 and 2024-1610 are dismissed. The official caption for the remaining appeals, Appeal Nos. 2024-1607 et al., is revised as reflected in this order.

(2) Each side shall bear its own costs in Appeal Nos. 2024-1608 and 2024-1610.

(3) Apple Inc.'s principal brief in Appeal Nos. 2024-

APPLE INC. v. SMART MOBILE TECHNOLOGIES LLC                    3

1607 et al. is due no later than September 4, 2024.

FOR THE COURT



August 13, 2024
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2024-1608 and 2024-1610 only): August 13, 2024